UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

*In re*

APPLICATION OF DEBBIE GUSHLAK
PURSUANT TO 28 U.S.C. § 1782
FOR THE TAKING OF DISCOVERY
FOR USE IN A FOREIGN PROCEEDING

Case No. M-11-0218 (Townes, J.)

-----------------------------------------------------------X

**NOTICE TO ADD NAME OF COUNSEL FOR PURPOSES OF NOTICE**

PLEASE TAKE NOTICE that the docket sheet should be amended to provide electronic notice to Sheryl E. Reich, Esq. (Reich@lefcourtlaw.com), on behalf of applicant Debbie Gushlak.

April 5, 2011
New York, N.Y.

Respectfully submitted,

GERALD B. LEFCOURT, P.C.

By _____
Sheryl E. Reich (SER/7943)

148 East 78th Street
New York, N.Y. 10075
(212) 737-0400
(212) 988-6192
Reich@Lefcourtalw.com
*Attorneys for Debbie Gushlak*