D/F



U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 6, 2011

**By Hand & ECF**

Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *In re Application Of Debbie Gushlak Pursuant To 28 U.S.C. § 1782 For The Taking Of Discovery For Use In A Foreign Proceeding.*
Civ No. 11-MC-218 (Garaufis, J.) (E.D.N.Y.)

Dear Judge Garaufis:

The undersigned Assistant U.S. Attorney represents non-party Duke Terrell, Warden of the Metropolitan Detention Center, in the above-referenced miscellaneous matter, in which petitioner seeks, among other things, leave to serve a subpoena *duces tecum* on Warden Terrell. A hearing on petitioner's application is scheduled for July 15, 2011 at 11:00 a.m. The undersigned respectfully requests that the oral argument on behalf of Warden Terrell be presented by Celadon Whitehurst, a second-year student at Benjamin N. Cardozo School of Law, who is an intern with this Office. Counsel for all parties consent to this request.

**APPLICATION GRANTED.
So Ordered.**
s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge
Dated: 7/11/11

Respectfully submitted

LORETTA E. LYNCH
United States Attorney

By: /s/ Layaliza K. Soloveichik
LAYALIZA K. SOLOVEICHIK
Assistant U.S. Attorney
(718) 254-6298
layaliza.soloveichik@usdoj.gov

cc: Sheryl E. Reich, Esq. (By ECF & U.S. Mail)
Alan S. Futerfas, Esq. (By ECF & U.S. Mail)
Brian Rosner, Esq. (By ECF & U.S. Mail)
Anastasios Tonorezos, Esq. (By ECF & U.S. Mail)