UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re APPLICATION OF DEBBIE GUSHLAK
PURSUANT TO 28 U.S.C. § 1782 FOR THE
TAKING OF DISCOVERY FOR USE IN A
FOREIGN PROCEEDING
------------------------------------------------------------X

ORDER

11-MC-218 (NGG) (JO)

NICHOLAS G. GARAUFIS, United States District Judge.

Petitioner Debbie Gushlak's motions for a pre-motion conference and to hold Myron Gushlak in contempt (Docket Entry # 56) are referred to Magistrate Judge James Orenstein for a report and recommendation and, if necessary, a hearing.

SO ORDERED.

Dated: Brooklyn, New York
       September 13, 2011

NICHOLAS G. GARAUFIS
United States District Judge