UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 06 2011 ★

BROOKLYN OFFICE

------------------------------------------------------------X
In re APPLICATION OF DEBBIE GUSHLAK
PURSUANT TO 28 U.S.C. § 1782 FOR THE
TAKING OF DISCOVERY FOR USE IN A
FOREIGN PROCEEDING
------------------------------------------------------------X

**ORDER**

**11-MC-218 (NGG) (JO)**

NICHOLAS G. GARAUFIS, United States District Judge.

Respondent Yelena Furman's motion to redact certain portions of the record (see Docket Entry Aug. 10, 2011) is referred to Magistrate Judge James Orenstein for a report and recommendation and, if necessary, a hearing.

SO ORDERED.

Dated: Brooklyn, New York
       October 5, 2011

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge