FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 21 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re APPLICATION OF DEBBIE GUSHLAK
PURSUANT TO 28 U.S.C. § 1782 FOR THE
TAKING OF DISCOVERY FOR USE IN A
FOREIGN PROCEEDING

------------------------------------------------------------X

ORDER

11-MC-218 (NGG) (JO)

NICHOLAS G. GARAUFIS, United States District Judge.

Respondents Myron Gushlak and Yelena Furman move to set aside Magistrate Judge James Orenstein's finding that the district court retains jurisdiction over this matter, and also move to stay the matter pending an evidentiary hearing and pending the resolution of their appeals. (Docket Entry # 65.) The court will review Judge Orenstein's findings as to jurisdiction if and when he issues a recommendation as to Petitioner Debbie Gushlak's motion to hold Respondents in contempt. Respondents' motions for a stay are referred to Judge Orenstein for report and recommendation.

SO ORDERED.

Dated: Brooklyn, New York
       October 19, 2011

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge