**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 10 2012 ★

BROOKLYN OFFICE

11 MC 218
NGG

```
&%RP&%D1&%RPCourt Name: Eastern District of
New York
Division: 1
Receipt Number: 4653046147
Cashier ID: dafrani
Transaction Date: 07/10/2012
Payer Name: ALAN S FUTERFAS
-------------------------------------
SANCTIONS/CONTEMPT FINES
 For: ALAN S FUTERFAS
 Case/Party: D-NYE-1-11-MC-000218-000
 Amount:      $500.00
-------------------------------------
CHECK
 Check/Money Order Num: 9294
 Amt Tendered:  $500.00
-------------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```