| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN               DATE:   7/19/2012
          U.S. MAGISTRATE JUDGE          TIME:   9:30 a.m.

*In re Application of Debbie Gushlak*
11-MC-0218 (NGG) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:   Petitioner         Sheryl E. Reich
               Myron Gushlak      Alan S. Futerfas, Bettina Schein
               Yelena Furman      No appearance

SCHEDULING: There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:

1. I directed Ms. Schein to file a notice of appearance on behalf of the client whose motion she argued today.

2. I heard argument on respondent Myron Gushlak's motion to purge the finding that he is in contempt of a lawful order of this court. For the reasons set forth on the record, I respectfully recommended that the court deny the motion.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge