UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

*In re*

APPLICATION OF DEBBIE GUSHLAK    11-MC-218 (NGG)
PURSUANT TO 28 U.S.C. § 1782
FOR THE TAKING OF DISCOVERY      **CONSENT ORDER**
FOR USE IN A FOREIGN PROCEEDING  **GRANTING SUBSTITUTION**
                                 **OF ATTORNEY**
-------------------------------------------------------------x

      Notice is hereby given that, subject to approval by the court, Yelena Furman substitutes Maurice Sercarz, New York State Bar No. 1075316, as counsel of record in place of Alan S. Futerfas, Brian Rosner and Natalie A. Napierala.

Contact information for new counsel is as follows:

    Maurice H. Sercarz
    Sercarz & Riopelle, LLP
    152 W 57th St, 24th Fl.
    New York, New York 10019-3310
    Telephone:  (212) 586-4900
    Facsimile:   (212) 586-1234

I consent to the above substitution.

Date: 7/23/12

                                  Yelena Furman

I consent to being substituted

Date: 7/25/12

                                  Alan S. Futerfas

07/23/12

                                  Brian Rosner

07/23/12

                                  Natalie Napierala

I consent to the above substitution.

Date: ___7/23/12___                    _____
                                        Maurice H. Sercarz

The substitution of attorney is hereby approved and so ORDERED.

Date: _____              _____
                                        Hon. Nicholas G. Garaufis
                                        United States District Judge

2