**Exhibit B:**
**E-mail from Alan Futerfas dated July 27, 2012**

# Sheryl E. Reich

| | |
|---|---|
| **From:** | Alan Futerfas [asfuterfas@futerfaslaw.com] |
| **Sent:** | Friday, July 27, 2012 7:17 PM |
| **To:** | Sheryl E. Reich |
| **Cc:** | Elizabeth A. Berney (lizberney@gmail.com); Brian Rosner (brosner@rmnllp.com); Natalie Napierala (nnapierala@rmnllp.com) |
| **Subject:** | Firm banking account info |

Dear Sheryl:

After two full days of work by me, my bookkeeper and staff, responsive, redacted bank records of my firm are ready to be produced, subject to a helpful (to you) cover letter which I will draft on Monday. Meanwhile, I have not heard back regarding your review of the proposed confidentiality agreement which I sent yesterday. Given the sensitive nature of the firm's banking records, among other documents, <u>I would appreciate the finalization and execution of the confidentiality agreement prior to sending these records, which will, of course, be turned over immediately upon execution.</u>

As indicated by her appearance and accompanying letter, Ms. Berney will be substituting in for all of Mr. Gushlak's counsel in the 1782 matter on Monday. Therefore, please contact and work with her on finalizing the confidentiality agreement. You will find her very pleasant to work with. She looks forward to resolving all discovery issues on an amicable and expeditious basis.

Law Offices of Alan S. Futerfas
565 Fifth Avenue, 7th Floor
New York, New York 10017
Work: 212-684-8400
Fax: 212-684-5259
E-mail: asfuterfas@futerfaslaw.com

Confidentiality Notice: This message and any attachments are confidential and may be privileged or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears that you have received this e-mail in error, do not read it. Please notify this office of the error then immediately delete the message and any attachments. Thank you.

1