# EXHIBIT A

**REDACTED**

In Chambers
Before Mr. Justice Angus Foster QC
8 March 2010

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FAMILY DIVISION

CAUSE NO: FAM 24 OF 2010

| | | |
|---|---|---|
| BETWEEN | MYRON GUSHLAK | Petitioner |
| AND | DEBBIE GUSHLAK | Respondent |

ORDER

UPON the Petitioner's summons dated 2nd March 2010 and the Respondent's summons dated 5th March 2010 both coming on for hearing

AND UPON reading the affidavits of the Petitioner sworn on 3rd March and 7th March 2010 respectively and the exhibits thereto, the affidavit of the Respondent sworn on 5th March 2010 and the exhibits thereto, the affidavit of Tasha Lemay sworn on 7th March 2010 and the unfiled affidavit of Alan Futerfas sworn on 8th March 2010

AND UPON hearing counsel for the Petitioner and counsel for the Respondent

AND UPON counsel for the Petitioner undertaking to file the said affidavit of Alan Futerfas as soon as practicable

AND UPON the Petitioner undertaking by his counsel that until further order of the Court he, whether himself or by his servants, agents or otherwise will not threaten, assault, molest or otherwise harass the Respondent and

AND UPON the Respondent undertaking by her counsel that until further order of the Court she whether herself or by her servants, agents or otherwise will not remove from the jurisdiction of this Court any of the contents of the former matrimonial home at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

IT IS ORDERED as follows:

(1) The Respondent whether herself or by her servants, agents or otherwise is hereby restrained until further order of the Court from removing any further or other of the contents of the said former matrimonial home from the said former matrimonial home.

(2) The Respondent shall within 14 days of this date return to the said former matrimonial home all furniture, furnishings, fixtures, fittings and other contents of the said former matrimonial home removed by her or on her behalf.

(3)   The Respondent shall within 30 days of this date at her cost reinstate all fixtures and fittings removed from the said former matrimonial home by her or on her behalf and shall repair and restore any damage caused by her said removal of such fixtures and fittings.

(4)   The Respondent shall pay the Petitioner's costs of and incidental to his application for an injunction by his said summons dated 2nd March 2010 forthwith and in any event, such costs to be taxed if not agreed.

(5)   Leave to the Respondent to appeal the orders at paragraphs (1) to (4) above, or any of them, is refused.

(6)   The Petitioner shall pay the Respondent's costs of and incidental to her application for an injunction by paragraph 1 of her said summons dated 5th March 2010 forthwith and in any event, such costs to be taxed if not agreed.

(7)   The hearing of the Respondent's application by paragraphs 2 to 7 and paragraphs 9 to 10 of her said summons dated 5th March 2010 is adjourned to a date to be fixed as soon as possible.

DATED this 8th day of March 2010

FILED this 11 day of March 2010

---

MR. JUSTICE ANGUS FOSTER QC

Approved as to form and content:

| | |
|---|---|
| _____ | _____ |
| Samson & McGrath | Stuarts Walkers Hersant |
| Attorneys-at-law for the Petitioner | Attorneys-at-law-for the Respondent |